UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| WAL-MART REAL ESTATE | ) | |
| BUSINESS TRUST, | ) | |
| Plaintiff, | ) | No. 1:13-cv-1348 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| EASTWOOD, LLC, and | ) | |
| EASTWOOD HOLDINGS, LLC, | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 287), and pursuant to

Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   September 6, 2016          /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge