UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAL-MART REAL ESTATE BUSINESS TRUST,<br>         Plaintiff,<br>-v-<br><br>EASTWOOD, LLC, and<br>EASTWOOD HOLDINGS, LLC,<br>         Defendants.<br>_____ | No. 1:13-cv-1348<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 287), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   September 6, 2016            /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge

1